IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

RAYMOND TYRONE LEWIS,

       Petitioner,

v.                                  Case No. 5D16-1226

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed April 29, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Jack Nugent, Assistant Regional Counsel,
Office of Regional Criminal Conflict & Civil
Regional Counsel, 5th District,
Casselberry, for Petitioner.

No appearance, for Respondent.


PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 22, 2016, judgment and sentence in Case No. 2014-CF-3556-A-Y, in the Circuit Court in and for Marion County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

PALMER, WALLIS and LAMBERT, JJ., concur.